IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SEAN WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 4:20-CV-00515 |
| v. | ) | |
| | ) | Hon. Alfred H. Bennett |
| ESA P PORTFOLIO, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 16.3, Defendant ESA P Portfolio, L.L.C., by and through undersigned counsel, hereby submits this Notice of Settlement and states that the parties have reached an agreement in settlement of all claims and to conclude the litigation. The parties are in the process of finalizing and exchanging the necessary settlement documents and payment. Upon exchange of settlement documents and payment, the parties will file the appropriate dismissal documents with the Court

Dated: April 21, 2020                                      Respectfully submitted,

/s/ *Kelly F. Bagnall*
Kelly F. Bagnall
Texas Bar No. 7375800
Jasmine M. Tobias
Texas Bar No. 24088822
Holland & Knight LLP
200 Crescent Ct #1600
Dallas, TX 75201
Telephone: (214) 964-9500
Facsimile: (214) 964-9501
kelly.bagnall@hklaw.com
jasmine.tobias@hklaw.com

#74268300_v1

        Christine F. Gay
*pro hac vice* forthcoming
Holland & Knight LLP
701 Brickell Avenue, Suite 3000
Miami, Florida 33131
(305) 374-8500
(305) 789-7799 (fax)
christine.gay@hklaw.com

*Attorneys for Defendant ESA P Portfolio, L.L.C.*

## CERTIFICATE OF CONFERENCE

I certify that on April 21, 2020, Christine F. Gay, counsel for Defendant, conferred with R. Bruce Tharpe, counsel for Plaintiff regarding this Notice of Settlement, and counsel does not oppose the filing of this notice.

*/s/ Jasmine M. Tobias*
Jasmine M. Tobias

## CERTIFICATE OF SERVICE

I certify that on April 21, 2020, a true and correct copy of foregoing document was served in accordance with Federal Rule of Civil Procedure 5 on all counsel of record via the Court's CM/ECF system.

*/s/ Jasmine M. Tobias*
Jasmine M. Tobias

#74268300_v1