IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SEAN WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 4:20-CV-00515 |
| v. | ) | |
| | ) | Hon. Alfred H. Bennett |
| ESA P PORTFOLIO, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and between Plaintiff Sean White and Defendant ESA P Portfolio, L.L.C. that all claims in the above entitled and numbered action shall be dismissed with prejudice. Each party will bears all its own costs, expenses, and attorneys' fees in the above captioned case.

Dated: May 18, 2020

Respectfully submitted,

/s/ *Jasmine M. Tobias*
Kelly F. Bagnall
Texas Bar No. 7375800
Jasmine M. Tobias
Texas Bar No. 24088822
Holland & Knight LLP
200 Crescent Ct #1600
Dallas, TX 75201
Telephone: (214) 964-9500
Facsimile: (214) 964-9501
kelly.bagnall@hklaw.com
jasmine.tobias@hklaw.com

Christine F. Gay
*pro hac vice* forthcoming
Holland & Knight LLP
701 Brickell Avenue, Suite 3000

#75036101_v1

Miami, Florida 33131
(305) 374-8500
(305) 789-7799 (fax)
christine.gay@hklaw.com

*Attorneys for Defendant ESA P Portfolio, L.L.C.*


/s/ *R. Bruce Tharpe*
R. Bruce Tharpe
Law Office of R. Bruce Tharpe, PLLC
1449 E. 12th St
Brownsville, TX 78520
Telephone: (956) 620-6184

*Attorney for Plaintiff Sean White*

#75036101_v1