United States District Court
Southern District of Texas
**ENTERED**
May 19, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SEAN WHITE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-0515 |
| | § | |
| ESA P PORTFOLIO, L.L.C., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation filed May 18, 2020, (Doc #11), it is hereby ORDERED that this action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED. 05/19/2020.

_____
The Honorable Alfred H. Bennett
United States District Judge